IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G.S., by and through his parents, F.S and J.S, | : CIVIL ACTION
: NO. 18-04104 |
| Plaintiff, | : |
| v. | : |
| ROSE TREE MEDIA SCHOOL DISTRICT, JAMES WIGO, ELEANOR DIMARINO-LINNEN, RALPH HARRISON, ROBERT SALLADINO, and KATHERINE WHITE, | : |
| Defendants. | : |

## **O R D E R**

**AND NOW**, this **21st** day of **June, 2019,** upon consideration of the parties' responses to the Rule to Show Cause (ECF Nos. 21 & 22), the Court finding that Younger abstention is warranted, and for the reasons given in the accompanying memorandum issued this same day, it is hereby **ORDERED** as follows:

1) Defendants' Motion for Judgment on the Pleadings (ECF No. 13) is **DENIED as moot;**

2) Defendants' Motion for Leave to File a Reply (ECF No. 18) is **DENIED as moot;**

3) This case is **DISMISSED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*